IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| RAMON VAUGHAN, | : | Case No. 18-04764 (JJT) |
| Debtor | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 13 case as counsel to Franklin Mint Federal Credit Union and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given and all papers served or required to be served in this Chapter 13 case be delivered and served upon such party at the address of its counsel as set forth below:

    Corinne Samler Brennan, Esquire
    KLEHR | HARRISON | HARVEY | BRANZBURG LLP
    1835 Market Street, Suite 1400
    Philadelphia, PA 19103
    Phone: (215) 569-3393
    Fax: (215) 568-6603
    Email: cbrennan@klehr.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtor or his property.

The foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

Dated:  November 26, 2018          KLEHR | HARRISON | HARVEY|
                                                                 BRANZBURG LLP

                                  By:   */s/Corinne Samler Brennan*
                                          Corinne Samler Brennan, Esquire
                                          1835 Market Street, Suite 1400
                                          Philadelphia, PA 19103
                                          Telephone: (215) 569-3393

                                          *Counsel to Franklin Mint*
                                          *Federal Credit Union*