```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04764-JJT
Ramon Vaughan                                                       Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: AGarner            Page 1 of 1           Date Rcvd: Dec 18, 2018
                           Form ID: ntcnfhrg        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
```
db              +Ramon Vaughan,    1212 Lisa Lane,    Canadensis, PA 18325-7845
5129452          PENNYMAC LOAN SERVICES,    ATTN: CORRESPONDENCE UNIT,    PO BOX 514387,
                  LOS ANGELES, CA 90051-4387
5129453         +PRIVATE NATIONAL MORTGAGE,    PO BOX 514387,    LOS ANGELES, CA 90051-4387
5129454         +RICHEEM LOUISE JENNINGS,    1212 LISA LANE,    CANADENSIS, PA 18325-7845
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5129449          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2018 19:36:06     CAPITAL ONE,
                  PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5129450          E-mail/Text: creditsolutiongroup@fmfcu.org Dec 18 2018 19:26:28     FRANKLIN MINT FCU,
                  1974 SPROUL RD STE 300,    BROOMALL, PA 19008-3402
5134116          E-mail/Text: creditsolutiongroup@fmfcu.org Dec 18 2018 19:26:28
                  Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317
5129451          E-mail/Text: cio.bncmail@irs.gov Dec 18 2018 19:26:39     IRS,    CENTRALIZED INSOLVENCY OP,
                  PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5129603         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2018 19:35:34
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5129455         +E-mail/Text: david.park@statefinancialnetwork.com Dec 18 2018 19:27:37
                  STATE FINANCIAL NETWORK,    5 HILLMAN DRIVE SUITE 300,    CHADDS FORD, PA 19317-9752
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5132247*        +State Financial Network, LLC,    5 Hillman Drive, Suite 300,    Chadds Ford, PA 19317-9752
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Corinne Samler Brennan    on behalf of Creditor   State Financial Network, LLC csamler@klehr.com
              Corinne Samler Brennan    on behalf of Creditor   Franklin Mint Federal Credit Union
               csamler@klehr.com
              James Warmbrodt    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Ramon Vaughan
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                              TOTAL: 6
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Ramon Vaughan,<br>aka Ramon B. Vaughan, aka Ramon Brandon Vaughan, | Chapter 13 |
| **Debtor 1** | Case No. 5:18−bk−04764−JJT |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 29, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 5, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2018 |

ntcnfhrg (03/18)