IN THE UNITED STATES BANKRUTPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|   RAMON VAUGHAN | : | |
|     aka Ramon B. Vaughan, | : | |
|     ala Ramon Brandon Vaughan, | : | |
|       Debtor | : | CASE NO: 5:18-bk-04764-JJT |

*********************************************

| | | |
|---|---|---|
| RAMON VAUGHAN | : | |
| aka Ramon B. Vaughan, | : | |
| ala Ramon Brandon Vaughan, | : | |
|     Objectant | : | OBJECTION TO |
|   v. | : | PROOF OF CLAIM |
| FRANKLIN MINT FEDERAL CREDIT UNION | : | |
|     Claimant | : | |

*********************************************

## OBJECTION TO CLAIM No. 5 OF
## FRANKLIN MINT FEDERAL CREDIT UNION

COMES NOW, the Debtor, **RAMON VAUGHAN**, by and through his attorney, and in support of the Objection to the **Claim No. 5 of Franklin Mint Federal Credit Union** avers as follows:

1. The Proof of Claim filed by Claimant, at Claim No. 5, (the "Claim"), claims a general unsecured claim in the amount of $1,782.14.

2. Debtor filed a Chapter 7 bankruptcy case (the "Chapter 7 Case") on April 28, 2017, and issued an Order of Discharge on August 28, 2017. Copies of the Notice of Chapter 7 Bankruptcy Case and the Order of Discharge are attached collectively as Exhibit "A".

3. The debt identified in the Claim was included in the Chapter 7 Bankruptcy Case on page 3 of Schedule E/F, copy of which is attached as Exhibit "B".

4. The Claim was discharged in the Chapter 7 Case and the Debtor no longer is indebted to Claimant.

WHEREFORE, the Debtors pray that the claim of Franklin Mint Federal Credit Union be deemed stricken and for such other and further relief as the Honorable Court deems just and appropriate.

NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI

By: /s/ Robert J. Kidwell, Esq.
Robert J. Kidwell, Esq.
Attorney I.D. #206555
Attorney for Debtor

# Exhibit "A"

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Ramon Vaughan** | | Social Security number or ITIN | xxx-xx-4519 |
| | First Name  Middle Name  Last Name | | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | ____ |
| | | | EIN | __-_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | | |
| Case number: | 5:17-bk-01777-JJT | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ramon Vaughan
aka Ramon B. Vaughan, aka Ramon Brandon Vaughan

**By the court:** _[signature]_

August 28, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  Order of Discharge  page 1

## Some debts are not discharged
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318     Order of Discharge     page 2

Case 5:17-bk-01777-JJT   Doc 25   Filed 08/28/17   Entered 08/28/17 01:00:19   Desc
                         Discharge Ch 7   Page 2 of 2
Case 5:18-bk-04764-JJT   Doc 25   Filed 01/24/19   Entered 01/24/19 16:33:43   Desc
                         Main Document   Page 4 of 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ramon Vaughan  
aka Ramon B. Vaughan, aka Ramon Brandon Vaughan  
1212 Lisa Lane  
Canadensis, PA 18325

Chapter 7  
Case No. 5:17-bk-01777-JJT

Last four digits of Social-Security, Individual Taxpayer-Identification, Employer Tax-Identification No(s)(if any):  
xxx-xx-4519

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Robert P. Sheils, Jr (Trustee)** is discharged as trustee of the estate of the above-named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 27, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: karendavis, Deputy Clerk

# Exhibit "B"

*Discharged Ch. 7 Schedule F*

Debtor 1  **Ramon Vaughan**     Case number (if know) _____

### 4.5 Franklin Mint FCU
Nonpriority Creditor's Name
**1974 Sproul Road
Suite 300
Broomall, PA 19008**
Number Street City State ZIp Code

Last 4 digits of account number **0331**     **$1,626.00**

When was the debt incurred? **January 8, 2016**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Line of Credit**

### 4.6 PP&L
Nonpriority Creditor's Name
**827 Hausman Road
Allentown, PA 18104**
Number Street City State ZIp Code

Last 4 digits of account number **2040**     **$4,000.00**

When was the debt incurred? **April 7, 2016**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Electric service**

### 4.7 SYNCB/Lowes
Nonpriority Creditor's Name
**PO Box 965005
Orlando, FL 32896**
Number Street City State ZIp Code

Last 4 digits of account number **4853**     **$1,681.57**

When was the debt incurred? **October 2015**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card purchases - misc. home improvement items**