UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    RAMON VAUGHAN, | : | Case No. 5:18-bk-04764-JJT |
|       Debtor, | : | |

| | | |
|---|---|---|
| FRANKLIN MINT FEDERAL CREDIT UNION, | : | |
|       Movant, | : | |
|             v. | : | |
| RAMON VAUGHAN, | : | |
|       Respondent | : | |

**ANSWER TO MOTION OF FRANKLIN MINT FEDERAL CREDIT UNION FOR AN ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d) AND A WAIVER OF THE FOURTEEN DAY STAY ON BEHALF OF DEBTOR, RAMON VAUGHAN**

AND NOW COMES Debtor, Ramon Vaughan, by and through his attorneys, and in Answer to the Motion of Franklin Mint Federal Credit Union for an Order Vacating the Automatic Stay and a Waiver of the Fourteen Day Stay avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor maintains he is current with postpetition loan payments.

7. Denied. Debtor is not in arrears with postpetition payments.

8. Admitted.

9. Admitted as to the content of the Bankruptcy Code.

10. Admitted as to the content of the Bankruptcy Code.

11. Admitted as to the content of the Bankruptcy Code.

12. Denied. Debtor maintains he is current with postpetition loan payments.

13. Denied. Debtor maintains he is current with postpetition loan payments.

14. Denied that relief from stay is warranted.

15. Denied. Proof is demanded.

16. Denied. Proof is demanded.

17. Denied.

WHEREFORE, Debtors, Ramon Vaughan, respectfully pray this Honorable Court for an Order that the Motion of Franklin Mint Federal Credit Union for an Order Vacating the Automatic Stay Under 11 U.S.C. § 362(d) and a Waiver of the Fourteen Day Stay of Such Order Without Concurrence be denied and for such other and further relief as the Honorable Court deems just and appropriate.

**NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI, P.C.**

By: /s/ Robert J. Kidwell
Robert J. Kidwell, Esquire
Attorney for Debtors
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
rkidwell@newmanwilliams.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    RAMON VAUGHAN, | : | Case No. 5:18-bk-04764-JJT |
|    Debtor, | : | |

| | | |
|---|---|---|
| FRANKLIN MINT FEDERAL CREDIT UNION, | : | |
|    Movant, | : | |
|             v. | : | |
| RAMON VAUGHAN, | : | |
|    Respondent | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February 2019, I caused to be served by first class mail, postage prepaid, a true and correct copy of Answer to Motion of Franklin Mint Federal Credit Union for an Order Vacating the Automatic Stay Under 11 U.S.C. § 362(d) and a Waiver of the Fourteen Day Stay on Behalf of Debtor, Ramon Vaughan in the above matter on the following:

    Corinne Samler Brennan, Esquire
    Klehr Harrison Harvey Branzburg LLP,
    1835 Market Street, Suite 1400
    Philadelphia, PA 19103

                            **NEWMAN, WILLIAMS, MISHKIN,**
                            **CORVELEYN, WOLFE & FARERI, P.C.**

            By: /s/ Robert J. Kidwell
                Robert J. Kidwell, Esquire
                Attorney for Debtors
                PO Box 511, 712 Monroe Street
                Stroudsburg, PA 18360
                (570) 421-9090; fax (570) 424-9739
                rkidwell@newmanwilliams.com