UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| RAMON VAUGHAN, | : | Case No. 5:18-bk-04764-JJT |
| Debtor, | : | |

| | | |
|---|---|---|
| FRANKLIN MINT FEDERAL CREDIT UNION, | : | |
| Movant, | : | |
| v. | : | |
| RAMON VAUGHAN, | : | |
| Respondent | : | |

**WITHDRAWAL OF ANSWER TO MOTION OF FRANKLIN MINT FEDERAL CREDIT
UNION FOR AN ORDER VACATING THE AUTOMATIC STAY
UNDER 11 U.S.C. § 362(d) AND A WAIVER OF THE FOURTEEN DAY STAY
ON BEHALF OF DEBTOR, RAMON VAUGHAN**

AND NOW COMES Debtor, Ramon Vaughan**,** by and through his attorneys, and withdraws

the Answer to the Motion of Franklin Mint Federal Credit Union for an Order Vacating the

Automatic Stay and a Waiver of the Fourteen Day Stay filed with the Court on February 5, 2019.


NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI, P.C.


By: /s/ Robert J. Kidwell
Robert J. Kidwell, Esquire
Attorney for Debtors
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
rkidwell@newmanwilliams.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                    :         Chapter 13
          RAMON VAUGHAN,                  :         Case No. 5:18-bk-04764-JJT
          Debtor,                         :

---

FRANKLIN MINT FEDERAL CREDIT UNION,  :
          Movant,                         :
                              v.          :
RAMON VAUGHAN,                            :
          Respondent                      :

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February 2019, I caused to be served by first

class mail, postage prepaid, a true and correct copy of the Withdrawal of Answer to Motion of

Franklin Mint Federal Credit Union for an Order Vacating the Automatic Stay Under 11 U.S.C. §

362(d) and a Waiver of the Fourteen Day Stay on Behalf of Debtor, Ramon Vaughan in the above

matter on the following:

> Corinne Samler Brennan, Esquire
> Klehr Harrison Harvey Branzburg LLP,
> 1835 Market Street, Suite 1400
> Philadelphia, PA 19103

> **NEWMAN, WILLIAMS, MISHKIN,
> CORVELEYN, WOLFE & FARERI, P.C.**

> By: /s/ Robert J. Kidwell
>     Robert J. Kidwell, Esquire
>     Attorney for Debtors
>     PO Box 511, 712 Monroe Street
>     Stroudsburg, PA 18360
>     (570) 421-9090; fax (570) 424-9739
>     rkidwell@newmanwilliams.com