```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04764-RNO
Ramon Vaughan                                                       Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: KADavis            Page 1 of 1                    Date Rcvd: Feb 28, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5134116         E-mail/Text: creditsolutiongroup@fmfcu.org Feb 28 2019 18:57:37
                Franklin Mint Federal Credit Union,  5 Hillman Drive, Suite 100,  Chadds Ford, PA 19317
                                                                                                        TOTAL: 1

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Corinne Samler Brennan    on behalf of Creditor    State Financial Network, LLC csamler@klehr.com
              Corinne Samler Brennan    on behalf of Creditor    Franklin Mint Federal Credit Union
               csamler@klehr.com
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Robert J Kidwell, III    on behalf of Debtor 1 Ramon  Vaughan rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Ramon  Vaughan
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                                        TOTAL: 7

# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     **RAMON VAUGHAN** | : | |
|     aka Ramon B. Vaughan, | : | |
|     aka Ramon Brandon Vaughan, | : | |
|     Debtor | : | CASE NO: 5:18-bk-04764-RNO |

*********************************************

| | | |
|---|---|---|
| **RAMON VAUGHAN** | : | |
| aka Ramon B. Vaughan, | : | |
| ala Ramon Brandon Vaughan, | : | |
|     Objectant | : | OBJECTION TO |
|     v. | : | PROOF OF CLAIM |
| **FRANKLIN MINT FEDERAL CREDIT UNION** | : | |
|     Claimant | : | |

*********************************************

## **ORDER**

Upon consideration of the Objection to Claim No. 4 of **FRANKLIN MINT FEDERAL CREDIT UNION**, filed by the Debtor, it is hereby ORDERED the Objection is SUSTAINED. The Claim is disallowed.

Dated: February 28, 2019        By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (RR)