# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RAMON VAUGHAN
            AKA: RAMON BRANDON VAUGHAN,
            RAMON B. VAUGHAN

            Debtor(s)

            CHAPTER 13

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
                Movant

CASE NO: 5-18-04764-RNO

            vs.

            RAMON VAUGHAN
            AKA: RAMON BRANDON VAUGHAN,
            RAMON B. VAUGHAN

            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on May 16, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

        Respectfully submitted,

        s/   Charles J. DeHart, III
        Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA  17036
        Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RAMON VAUGHAN
              AKA: RAMON BRANDON VAUGHAN,
              RAMON B. VAUGHAN             CHAPTER 13

                  Debtor(s)

              CHARLES J. DEHART, III           CASE NO: 5-18-04764-RNO
              CHAPTER 13 TRUSTEE
                      Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion.  Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| June 26, 2019  at 9:00 am | June 26, 2019 at 09:30 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 940.00**
**AMOUNT DUE FOR THIS MONTH:  $470.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE:  $1410.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
                **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  May 16, 2019

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RAMON VAUGHAN
         AKA: RAMON BRANDON
         VAUGHAN, RAMON B. VAUGHAN     CHAPTER 13

                Debtor(s)

         CHARLES J. DEHART, III        CASE NO: 5-18-04764-RNO
         CHAPTER 13 TRUSTEE
            Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 16, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

VINCENT RUBINO, ESQUIRE          Served electronically
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA  18360-0511


RAMON VAUGHAN          Served by 1st Class Mail
1212 LISA LANE
CANADENSIS, PA  18325



United States Trustee
228 Walnut Street
Suite 1190          Served electronically
Harrisburg, PA  17101



I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 16, 2019

               Liz Joyce
               for Charles J. DeHart, III, Trustee
               Suite A, 8125 Adams Dr.
               Hummelstown, PA  17036
               Phone:  (717) 566-6097
               eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   RAMON VAUGHAN
         AKA: RAMON BRANDON
         VAUGHAN, RAMON B. VAUGHAN

                                CHAPTER 13

      Debtor(s)

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
               Movant             CASE NO: 5-18-04764-RNO

     vs.

         RAMON VAUGHAN         MOTION TO DISMISS
         AKA: RAMON BRANDON
         VAUGHAN, RAMON B. VAUGHAN

### ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.