IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| RAMON VAUGHAN, | : | Case No. 18-04764 (RNO) |
| Debtor | : | |
| FRANKLIN MINT FEDERAL CREDIT UNION, | : | |
| Movant | : | |
| v. | : | |
| RAMON VAUGHAN, | : | |
| Respondent | : | |

**CERTIFICATE OF NO OBJECTION OR OTHER RESPONSE TO THE MOTION OF STATE FINANCIAL NETWORK, LLC FOR AN ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d) AND A WAIVER OF THE FOURTEEN DAY STAY OF SUCH ORDER WITHOUT CONCURRENCE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion of State Financial Network, LLC for an Order Vacating the Automatic Stay Under 11 U.S.C. § 362(d) and a Waiver of the Fourteen Day Stay of Such Order Without Concurrence (the "Motion") has been received (Docket No. 44). The undersigned further certifies that the Court's docket in this case has been reviewed, and that no answer, objection, or other responsive pleading to the Motion appears thereon. It is respectfully requested that the order attached to the Motion be entered by this Court.

Respectfully submitted:

KLEHR | HARRISON | HARVEY|
BRANZBURG LLP

By: */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

*Counsel to State Financial Network, LLC*

Dated: June 19, 2019