IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| RAMON VAUGHAN, | : | Case No. 18-04764 (RNO) |
| Debtor | : | |
| FRANKLIN MINT FEDERAL CREDIT UNION, | : | |
| Movant | : | |
| v. | : | |
| RAMON VAUGHAN, | : | |
| Respondent | : | |

**ORDER**

Upon consideration of the motion of State Financial Network, LLC for an order vacating the automatic stay pursuant to 11 U.S.C. § 362(d) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and a waiver of the fourteen (14) day stay of such an order pursuant to Bankruptcy Rule 4001(a)(3) (the "Motion"), and any responses or objections filed thereto, it is hereby ORDERED that

    1.    The Motion is GRANTED;

    2.    The automatic stay provisions of 11 U.S.C. § 362(a) are hereby vacated to permit State Financial Network, LLC ("SFN"), or any other assignee or valid holder of the Mortgage[1], to enforce all of its rights and remedies under the loan and security documents and applicable law against the real property known as and located at 324 East 20th Street, Chester, Pennsylvania 19013;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

PHIL1 7986340v.1

3. This order shall survive the conversion, dismissal, or termination of this bankruptcy case, and shall be binding upon Ramon Vaughan (the "Debtor") and any trustee presently acting or subsequently appointed to this or any subsequent bankruptcy case filed by the Debtor; and

4. This order is not stayed pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) and is effective immediately.