IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| RAMON VAUGHAN, | : | Case No. 18-04764 (RNO) |
| Debtor | : | |
| FRANKLIN MINT FEDERAL CREDIT UNION, | : | |
| Movant | : | |
| v. | : | |
| RAMON VAUGHAN, | : | |
| Respondent | : | |

**CERTIFICATE OF NON-CONCURRENCE**

I, Christopher J. Leavell, hereby certify the Debtor/Respondent and Trustee do not concur with the relief requested in the foregoing *Motion of State Financial Network, LLC for an Order Vacating the Automatic Stay Under 11 U.S.C. § 362(d) and a Waiver of the Fourteen Day Stay of Such Order Without Concurrence*.

Dated: June 27, 2019                    /s/ *Christopher J. Leavell*
                                                     Christopher J. Leavell

PHIL1 7989603v.2

Case 5:18-bk-04764-RNO    Doc 57    Filed 06/27/19    Entered 06/27/19 11:32:54    Desc
Main Document    Page 1 of 1