```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 18-04764-RNO
Ramon Vaughan                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: TWilson           Page 1 of 1            Date Rcvd: Jun 28, 2019
                            Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
db          +Ramon Vaughan,    1212 Lisa Lane,    Canadensis, PA 18325-7845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher J Leavell    on behalf of Creditor    State Financial Network, LLC cleavell@klehr.com,
               lclark@klehr.com;nharrison@klehr.com
              Christopher J Leavell    on behalf of Creditor    Franklin Mint Federal Credit Union
               cleavell@klehr.com,   lclark@klehr.com;nharrison@klehr.com
              Corinne Samler Brennan    on behalf of Creditor    State Financial Network, LLC cbrennan@klehr.com
              Corinne Samler Brennan    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Robert J Kidwell, III    on behalf of Debtor 1 Ramon  Vaughan rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Ramon  Vaughan
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| RAMON VAUGHAN, | : | Case No. 18-04764 (RNO) |
| Debtor | : | |
| FRANKLIN MINT FEDERAL CREDIT UNION, | : | |
| Movant | : | |
| v. | : | |
| RAMON VAUGHAN, | : | |
| Respondent | : | |

**ORDER**

Upon consideration of the motion of State Financial Network, LLC for an order vacating the automatic stay pursuant to 11 U.S.C. § 362(d) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and a waiver of the fourteen (14) day stay of such an order pursuant to Bankruptcy Rule 4001(a)(3) (the "Motion"), and any responses or objections filed thereto, it is hereby ORDERED that

1. The Motion is GRANTED;

2. The automatic stay provisions of 11 U.S.C. § 362(a) are hereby vacated to permit State Financial Network, LLC ("SFN"), or any other assignee or valid holder of the Mortgage[1], to enforce all of its rights and remedies under the loan and security documents and applicable law against the real property known as and located at 324 East 20th Street, Chester, Pennsylvania 19013;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

PHIL1 7986340v.1

3. This order shall survive the conversion, dismissal, or termination of this bankruptcy case, and shall be binding upon Ramon Vaughan (the "Debtor") and any trustee presently acting or subsequently appointed to this or any subsequent bankruptcy case filed by the Debtor.

Dated: June 28, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)