## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | Chapter 13 |
| RAMON VAUGHAN, | Case No. 18-04764 (RNO) |
| Debtor | |
| FRANKLIN MINT FEDERAL CREDIT UNION, | |
| Movant | |
| v. | |
| RAMON VAUGHAN, | |
| Respondent | |

## NOTICE OF MOTION OF FRANKLIN MINT FEDERAL CREDIT UNION FOR AN ORDER APPROVING PROPOSED LOAN MODIFICATION AGREEMENT

Franklin Mint Federal Credit Union has filed a motion for an order approving a proposed loan modification agreement in connection with a mortgage secured by real property located at 324 East 20th Street, Chester, Pennsylvania 19013.

If you object to the relief requested, you must file your objection/response within twenty-one (21) days of the date of this notice with the Clerk of Bankruptcy Court, Max Rosen U.S. Courthouse, 197 South Main Street, Room 247, Wilkes-Barre, PA 18701 and serve a copy on counsel, Corinne Samler Brennan, Esquire, at Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103.

If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing and may grant the relief requested.

KLEHR | HARRISON | HARVEY|
BRANZBURG LLP

Corinne Samler Brennan, Esquire
Christopher J. Leavell, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

Dated: December 18, 2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
:
    RAMON VAUGHAN, : Case No. 18-04764 (RNO)
:
        Debtor :
:
FRANKLIN MINT FEDERAL CREDIT UNION, :
:
        Movant :
:
    v. :
:
RAMON VAUGHAN, :
:
        Respondent :

## CERTIFICATE OF SERVICE

I, Christopher J. Leavell, Esquire, hereby certify that I did cause a true and correct copy of the foregoing notice and motion of Franklin Mint Federal Credit Union for an order approving a proposed loan modification agreement to be served on this 18th day of December 2019 by the CM/ECF System of the Bankruptcy Court upon the following parties in interest:

Vincent Rubino, Esquire
VRubino@newmanwilliams.com
epotito@newmanwilliams.com
lhochmuth@newmanwilliams.com
mdaniels@newmanwilliams.com
bsmale@newmanwilliams.com
eapotito@hotmail.com

Charles J. DeHart, III
dehartstaff@pamd13trustee.com
TWecf@pamd13trustee.com

Office of the United States Trustee
USTPRegion03.HA.ECF@usdoj.gov

PHIL1 8567026v.1

James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

I, Christopher J. Leavell, Esquire, hereby certify that I did cause a true and correct copy of the foregoing notice and motion to be served on this 18th day of December 2019 by U.S. Mail, postage prepaid, upon all parties listed below:

Ramon Vaughan
1212 Lisa Lane
Canadensis, PA 18325

Richeem Louise Jennings
1212 Lisa Lane
Canadensis, PA 18325

Capital One
PO Box 3028
Salt Lake City, UT 84130-0285

IRS
Centralized Insolvency OP
PO Box 7346
Philadelphia, PA 19101-7346

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

KLEHR | HARRISON | HARVEY|
BRANZBURG LLP

By:   */s/ Christopher J. Leavell*
Corinne Samler Brennan, Esquire
Christopher J. Leavell, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

PHIL1 8567026v.1