IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| RAMON VAUGHAN, | : | Case No. 18-04764 (RNO) |
| | : | |
| Debtor | : | |
| | : | |
| FRANKLIN MINT FEDERAL CREDIT UNION, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| RAMON VAUGHAN, | : | |
| | : | |
| Respondent | : | |

**ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of the motion of Franklin Mint Federal Credit Union for an order approving the proposed loan modification agreement with the Debtor[1] (the "Motion"), and any responses or objections filed thereto, it is hereby ORDERED that

1. The Motion is GRANTED;

2. The Debtor is AUTHORIZED to enter into the loan modification agreement as set forth in the Motion; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

3. To the extent that further relief from the automatic stay is necessary for the parties to enter into the loan modification agreement, such relief is GRANTED to Franklin Mint Federal Credit Union and its servicer, State Financial Network, LLC.