IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RAMON VAUGHAN,<br><br>    Debtor<br><br>FRANKLIN MINT FEDERAL CREDIT UNION,<br><br>    Movant<br><br>v.<br><br>RAMON VAUGHAN,<br><br>    Respondent | Chapter 13<br><br>Case No. 18-04764 (RNO) |

## AMENDED CERTIFICATE OF SERVICE

I, Christopher Leavell, Esquire, hereby certify that I did cause a true and correct copy of the foregoing notice and motion of Franklin Mint Federal Credit Union for an order approving a proposed loan modification agreement to be served on this 18th day of December 2019 by the method stated upon the following parties in interest:

| **Service List** | **Method of Service** |
|---|---|
| Ramon Vaughan (Debtor)<br>c/o Robert J. Kidwell, Esquire<br>Vincent Rubino, Esquire<br>Newman Williams Mishkin Corveleyn<br>Attorneys for Debtor<br>-and-<br><br>Ramon Vaughan<br>1212 Lisa Lane<br>Canadensis, PA 18325-7845 | By CM/ECF<br><br><br><br><br>-and-<br><br>By U.S. Mail |

| Service List | Method of Service |
|---|---|
| Charles J DeHart, III (Ch. 13 Trustee) | By CM/ECF |
| United States Trustee | By CM/ECF |
| PennyMac Loan Services, LLC<br>c/o James Warmbrodt, Esquire<br>Attorney for PennyMac Loan Services | By CM/ECF |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | By U.S. Mail |
| IRS<br>Centralized Insolvency OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | By U.S. Mail |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | By U.S. Mail |
| Private National Mortgage<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | By U.S. Mail |
| Richeem Louise Jennings<br>1212 Lisa Lane<br>Canadensis, PA 18325-7845 | By U.S. Mail |
| State Financial Network<br>5 Hillman Drive, Suite 300<br>Chadds Ford, PA 19317-9752 | (Loan servicer for Movant) |

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By: */s/ Christopher J. Leavell*
Corinne Samler Brennan, Esquire
Christopher J. Leavell, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700

PHIL1 8609591v.1