```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 18-04764-RNO
Ramon Vaughan                                                     Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke            Page 1 of 1             Date Rcvd: Jan 21, 2020
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db             +Ramon Vaughan,    1212 Lisa Lane,    Canadensis, PA 18325-7845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher J Leavell     on behalf of Creditor    State Financial Network, LLC cleavell@klehr.com,
               lclark@klehr.com;nharrison@klehr.com
              Christopher J Leavell     on behalf of Creditor    Franklin Mint Federal Credit Union
               cleavell@klehr.com,    lclark@klehr.com;nharrison@klehr.com
              Corinne Samler Brennan     on behalf of Creditor    State Financial Network, LLC cbrennan@klehr.com
              Corinne Samler Brennan     on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com
              James Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Robert J Kidwell, III     on behalf of Debtor 1 Ramon  Vaughan rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino     on behalf of Debtor 1 Ramon  Vaughan
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| RAMON VAUGHAN, | Case No. 18-04764 (RNO) |
| Debtor | |
| FRANKLIN MINT FEDERAL CREDIT UNION, | |
| Movant | |
| v. | |
| RAMON VAUGHAN, | |
| Respondent | |

**ORDER**

AND NOW, upon consideration of the motion of Franklin Mint Federal Credit Union for an order approving the proposed loan modification agreement with the Debtor[1] (the "Motion"), and any responses or objections filed thereto, it is hereby ORDERED that

1. The Motion is GRANTED;

2. The Debtor is AUTHORIZED to enter into the loan modification agreement as set forth in the Motion; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

PHIL1 8585095v.1

3. To the extent that further relief from the automatic stay is necessary for the parties to enter into the loan modification agreement, such relief is GRANTED to Franklin Mint Federal Credit Union and its servicer, State Financial Network, LLC.

Dated: January 21, 2020

By the Court,

*Robt N. Opel II*

Robert N. Opel, II, Bankruptcy Judge BI

PHIL1 8585095v.1