IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
RAMON VAUGHAN, : CHAPTER 13
a/k/a RAMON B. VAUGHAN :
a/k/a RAMON BRANDON VAUGHAN, : CASE NO. 5:18-bk-04764
:
    Debtor :

## ORDER

Upon consideration of Debtor's Motion to Withdraw Chapter 13 Petition,

IT IS ORDERED that the above-named Petition is hereby withdrawn and that the Trustee is hereby discharged.

Dated: December 30, 2020      By the Court,

                                                     Robert N. Opel, II, Bankruptcy Judge  (DG)