In re:      Case No. 18-04764-RNO

Ramon Vaughan     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 04, 2021     Form ID: pdf010     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Ramon Vaughan, 1212 Lisa Lane, Canadensis, PA 18325-7845 |
| 5129452 | | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5129453 | + | PRIVATE NATIONAL MORTGAGE, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5152032 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5129454 | #+ | RICHEEM LOUISE JENNINGS, 1212 LISA LANE, CANADENSIS, PA 18325-7845 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5129449 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 04 2021 19:27:23 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5145252 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 04 2021 19:28:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5129450 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jan 04 2021 19:12:00 | FRANKLIN MINT FCU, 1974 SPROUL RD STE 300, BROOMALL, PA 19008-3402 |
| 5134116 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jan 04 2021 19:12:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 5129451 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 04 2021 19:13:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5129603 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 04 2021 19:27:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5129455 | + | Email/Text: david.park@statefinancialnetwork.com | Jan 04 2021 19:13:00 | STATE FINANCIAL NETWORK, 5 HILLMAN DRIVE SUITE 300, CHADDS FORD, PA 19317-9752 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5132247 | *+ | State Financial Network, LLC, 5 Hillman Drive, Suite 300, Chadds Ford, PA 19317-9752 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christopher J Leavell | on behalf of Creditor Franklin Mint Federal Credit Union cleavell@klehr.com  lclark@klehr.com;nharrison@klehr.com |
| Christopher J Leavell | on behalf of Creditor State Financial Network  LLC cleavell@klehr.com, lclark@klehr.com;nharrison@klehr.com |
| Corinne Samler Brennan | on behalf of Creditor State Financial Network  LLC cbrennan@klehr.com |
| Corinne Samler Brennan | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Ramon Vaughan rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Ramon Vaughan lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
RAMON VAUGHAN, : CHAPTER 13
a/k/a RAMON B. VAUGHAN :
a/k/a RAMON BRANDON VAUGHAN, : CASE NO. 5:18-bk-04764
:
   Debtor :

## ORDER

Upon consideration of Debtor's Motion to Withdraw Chapter 13 Petition,

IT IS ORDERED that the above-named Petition is hereby withdrawn and that the Trustee is hereby discharged.

Dated: December 30, 2020     By the Court,

*/s/ Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (DG)